# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER _____ |
| | ) | |
| vs | ) | ABSTRACT OF ORDER |
| | ) | |
| Teralyn Sue Baker | ) | Booking No. 06046298 |
| | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___3/7/08___

the Court entered the following order:

✓    Defendant be released from custody.

\_\_\_\_ Defendant placed on supervised / unsupervised probation / supervised release.

\_\_\_\_ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓    Defendant released on $ _175,000.00_ bond posted.

\_\_\_\_ Defendant appeared in Court. FINGERPRINT & RELEASE.

\_\_\_\_ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

\_\_\_\_ Defendant sentenced to TIME SERVED, supervised release for _____ years.

\_\_\_\_ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
 _____ dismissing appeal filed.

\_\_\_\_ Bench Warrant Recalled.

\_\_\_\_ Defendant forfeited collateral.

\_\_\_\_ Case Dismissed.

\_\_\_\_ Defendant to be released to Pretrial Services for electronic monitoring.

\_\_\_\_ Other._____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _Jeres Alvarez Romero_
Deputy Clerk

Received _____
    DUSM

Crim-9  (Rev 6-95)     ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY