**FILED**
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR944-JAH |
| | ) | |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| TERALYN SUE BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 28, 2008, within the Southern District of California, defendant TERALYN SUE BAKER, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 23.20 kilograms (51.04 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney

/s/ DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
3/27/08