AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

TERALYN SUE BAKER

**WAIVER OF INDICTMENT**

CASE NUMBER: _08CR 944 - JAH_

I, TERALYN SUE BAKER, the above named defendant, who is accused of committing the

following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _3-27-08_____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

**FILED**

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY