1  **STEPHEN P. WHITE**
   **California State Bar No. 125276**
2  **101 West Broadway, Suite 1950**
   **San Diego, California 92101-6036**
3  **Telephone: (619) 702-3753**
   **Fax: (619) 238-9914**
4
   Attorney for Defendant
5  Teralyn Sue Baker

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Peter C. Lewis)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08-cr-0944-JAH |
| Plaintiff ) | |
| vs. ) | **JOINT MOTION TO CONTINUE BOND HEARING DATE** |
| TERALYN SUE BAKER, ) | |
| Defendant. ) | |

**COMES NOW** the defendant Teralyn Sue Baker, by and through her counsel, Stephen P. White, and the plaintiff, UNITED STATES OF AMERICA, through its counsel Karen P. Hewitt and Sabrina L. Feve, United States Assistant Attorney, and jointly move the court to continue the Bond Hearing Date of defendant Teralyn Sue Baker, in the above-entitled cause before Honorable Peter C. Lewis, United States District Court Judge, from Tuesday, May 13, 2008, at 1:30 p.m. to Wednesday, May 21, 2008 at 10:30 a.m.

This motion is based on the following grounds: The Surety has a scheduled conflict with her employer. See attached letter of C. Sue Bawcum.. The defendant, Teralyn Sue Baker is prepared to sign and file the Acknowledgment of the New Bond Hearing Date.

The Untied States Attorney, Sabrina L. Feve, has been contacted and joins in this motion.

\\\\\

\\\\\

Counsel for defendant, Stephen P. White, certifies that the content of this document is acceptable to all persons required to sign the document and obtained the authorization for the electronic signature of all parties on this document.

Dated: April 29, 2008

      */s/Stephen P. White*
STEPHEN P. WHITE
Attorney for Defendant
Andres Montanez-Baza

UNITED STATES OF AMERICA

Dated: April 29, 2008

      */s/Sabrina L. Feve*
SABRINA L. FEVE
Assistant United States Attorney