# C. Sue Bawcum

25951 Cherrywood Drive #A, Hemet, CA 92544

April 25, 2008

Mr. Stephen White
Attorney at Law
The AT&T Building
101 West Broadway
San Diego, CA 92101                   Via Facsimile: 619.238.9914

Re: Request to Change May 13, 2008 Court Date
    C. Sue Bawcum 2007 W-2

Dear Mr. White:

Pursuant to our conversation this morning, I am following up with a formal letter to request the scheduled court date of May 13, 2008 be rescheduled to the following week. The reason being is that the week of May 12 - May 16 is National Hospital Week, which is a very busy week for the hospital. As the executive assistant to the vice president of mission services, my presence at work in support of her position is particularly expected during that time. Additionally, as it happens, I have meetings to attend that date on her behalf. Therefore, I respectfully request the court date be adjusted as previously stated. Please call me at work when you have an answer from the court clerk.

Following is a copy of my 2007 W-2. In thinking about my estimated net value, I have determined it to be approximately $25,000 - $30,000 consisting of an IRA in the amount of $20,000, my car and personal possessions (jewelry, etc.). I hope this helps to support the position of me and my daughter as surety for Teralyn.

There is an incident from 2002 that I recalled last night. It was a very minor accident in which I was rear-ended by a car when pulling out of my apartment parking space. The right front turning signal cover broke on the car of the individual by whom I was hit. My car sustained no damage. A very minor repair turned into hundred of dollars which ultimately became over two-thousand dollars. I did not report the incident because it was not a major accident. The count on my driving record is a failure to appear in 2002. I had moved and was not aware I had received such a notice. I learned of all this late in 2005 when applying for a caregiver position. The matter was resolved in 2006, but shows on my driving record. I felt the need to inform you should there be any questions.

If you have any questions or need additional information, I can be reached at 909.806.1211 from the hours of 7:30 a.m. - 4:30 p.m. Any other time the best number where I can be reached is my cell, 951.760.2039.

Regards,

*C. Sue Bawcum*

C. Sue Bawcum