**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed defendant's Motion to Continue Bond Hearing Date with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                                Respectfully submitted,

DATED: April 29, 2008                    */s/ Stephen P. White*
                                                STEPHEN P. WHITE, ESQ.
                                                Attorney for Defendant