1  STEPHEN P. WHITE
   California State Bar No. 125276
2  101 West Broadway, Suite 1950
   San Diego, California 92101-6036
3  Telephone: (619) 702-3753
          Fax: (619) 238-9914
4
   Attorney for Defendant
5  Teralyn Sue Baker

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                   (Hon. Peter C. Lewis)

11 UNITED STATES OF AMERICA,         )   Criminal Case No. 08-cr-0944-JAH
                                     )
12         Plaintiff,                )   ACKNOWLEDGMENT OF
                                     )   COURT DATE BY DEFENDANT
13     v.                            )
                                     )
14 TERALYN SUE BAKER,                )
                                     )
15         Defendant.                )
                                     )
16 _____

17     The defendant, TERALYN SUE BAKER, hereby acknowledges that her court date for

18 her bond hearing scheduled to take place on May 13, 2008 at 1:30 p.m., has been continued and

19 is now scheduled to take place on May 21, 2008 at 10:30 a.m. before Hon. Judge Peter C. Lewis.

20

21 Dated: 05-01-08

22
                                         TERALYN SUE BAKER
23